## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Ronald Durden**
258 Wynnwood Dr. SW
Atlanta, GA 30310

xxx−xx−5089

Case No.: **18−68136−wlh**
Chapter: **13**
Judge: **Wendy L. Hagenau**

### NOTICE OF RESCHEDULED CONFIRMATION HEARING

NOTICE IS HEREBY GIVEN that the hearing on:

**Confirmation of Chapter 13 Plan**

has been rescheduled before Judge Wendy L. Hagenau on **February 27, 2019** at **01:45 PM** in **Courtroom 1403, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303**.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

The Trustee assigned to this case is:

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

(678) 992−1201

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: January 16, 2019

Form189c